JUSTICE SHEEHY,
dissenting:
Years ago, the Congress enacted a “no-knock” provision empowering federal agents (notably the FBI) to burst into rooms or apartments occupied by persons whom the agents suspected of crime. This patently unconstitutional law passed the U.S. Senate with but one dissenting vote. That dissenting vote, we can be proud to state, was cast by the Senator from Montana, the Honorable Lee Metcalf. The rest of the Senate bowed to what it perceived to be public pressure and forsook the Constitution.
Two years later an embarrassed Senate rescinded and revoked its erroneous actions.
This is a “no-knock” case and I dissent.
JUSTICE HUNT joins in the foregoing.